SPAULDING MFG. CO. v. WITTER *et al.*

No. 2054.   Opinion Filed July 18, 1912.

(125 Pac. 729.)

**FORMER DECISION FOLLOWED.** The syllabus in this case is the same as the syllabus in **Spaulding Manufacturing Co. v. Roff,** *ante,* 125 Pac. 727.

(Syllabus by Rosser, C.)

*Error from Coal County Court;*
*R. H. Wells, Judge.*

Action by the Spaulding Manufacturing Company against C. M. Witter, D. A. Wooly, and J. C. Thomas. From a judgment refusing to permit plaintiff to amend his petition, and refusing to permit him to amend an appeal bond and dismissing appeal, plaintiff brings error. Reversed and remanded.

*G. T. Ralls,* for plaintiff in error.

*Fooshee & Brunson,* for defendants in error.

Opinion by ROSSER, C. The record in this case is, in all respects, identical with the record in *Spaulding Manufacturing Co. v. Roff et al., ante,* 125 Pac. 727, by Brewer, C., except as to the name of the defendants. Upon the authority of that case, this case must be reversed and remanded for further proceedings, not inconsistent with the opinion in that case.

By the Court: It is so ordered.